Eric S. Rossman, ISB #4573
Erica S. Phillips, ISB #6009
ROSSMAN LAW GROUP, PLLC
737 N. 7th Street
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 342-2170

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAREL HARDENBROOK, an individual, PAUL GOOCH, an individual and ROBERT ORLOFF, an individual, <br><br> Plaintiffs, <br><br> -vs- <br><br> UNITED PARCEL SERVICE, CO., a Delaware corporation, <br><br> Defendant. | **CASE NO. CV07-509-S-EJL** <br><br> **SATISFACTION OF JUDGMENT** |

SATISFACTION IS HEREBY ACKNOWLEDGED by Plaintiff, Darel Hardenbrook, of the Second Amended Judgment entered in the above-entitled action on the 7th day of February, 2014 (Dkt. 272); and the Clerk of the above-entitled Court is hereby authorized to enter full satisfaction of record of said Judgment.

**SATISFACTION OF JUDGMENT - 1**

DATED this 9th day of April, 2014.

          ROSSMAN LAW GROUP, PLLC

          By_____
          Eric S. Rossman
          Attorneys for Plaintiff

STATE OF IDAHO    )
                      ) ss.
County of Ada      )

On the 9th day of April, 2014, before me, a Notary Public in and for said State, personally appeared Eric S. Rossman, of the firm of Rossman Law Group, PLLC, known to me or identified to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year first above written.

          _____
          Notary Public for Idaho
          My Commission Expires: 4/16/2020

W:\Work\H\Hardenbrook,Darel\Pleadings\SatisfactionJudgment.doc

**SATISFACTION OF JUDGMENT - 2**